United States Probation Office
for the District of Utah

# Report on Offender Under Supervision

Name of Offender: **Roberto G. Leo, Jr.**          Docket Number: **2:05-CR-00170-001**

Name of Sentencing Judicial Officer:   **Robert T. Braithwaite**
                                       **United States Magistrate Judge**

Date of Original Sentence: **March 21, 2005**

FILED
JUN 1 3 2005
ROBERT T. BRAITHWAITE
U.S. MAGISTRATE

Original Offense: **Simple Possession of a Controlled Substance**

Original Sentence: **12 months probation**

Type of Supervision: **Probation**          Supervision Began: **March 21, 2005**

### SUPERVISION SUMMARY

Mr. Leo has submitted a travel request and itinerary to travel to Puerto Vallarta, Jalisco, Mexico, for a vacation with family members. The travel requested is from August 11 through August 15, 2005.

Mr. Leo commenced his term of probation on March 21, 2005, and has complied with the conditions set forth by the Court. Mr. Leo is current on his court-ordered $1,000 fine; paying $100 a month toward that obligation. The U.S. Probation Office has no objection to Mr. Leo traveling outside the United States at this time.

If the Court desires more information or another course of action, please contact me at (801) 625-5680.

I declare under penalty of perjury that the foregoing is true and correct

Eric Anderson
U.S. Probation Officer
Date: June 13, 2005

THE COURT:
[X]  Approves the request noted above
[ ]  Denies the request noted above
[ ]  Other

Robert T. Braithwaite
United States Magistrate Judge

Date: 6-13-05